

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00218-CV

IN THE INTEREST OF T.B., T.B.,
AND M.B., CHILDREN

------------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant K.P. attempts to appeal from the trial court's judgment signed on June 10, 2010. Appellant K.B. timely filed a notice of appeal in this case on June 24, 2010. *See* Tex. R. App. P. 26.1(b), 28.1(a); Tex. Fam. Code Ann. § 263.405(a) (Vernon 2008). Therefore, the notice of appeal for K.P. was due July 8, 2010, but was not filed until September 17, 2010.[2] *See* Tex. R. App. P. 26.1(d). K.P. filed a "Motion to Extend Time to File Notice of Appeal," but it was

---

[1]*See* Tex. R. App. P. 47.4.

[2]K.P.'s motion for new trial did not operate to extend the deadline for filing the notice of appeal. *See* Tex. Fam. Code Ann. § 263.405(c); *see also* Tex. R. App. P. 28.1(b).

not filed until September 17, 2010, more than fifteen days after the July 8, 2010 deadline for filing the notice of appeal. *See* Tex. R. App. P. 26.3.

On October 1, 2010, we notified K.P. of our concern that the court may not have jurisdiction over her appeal because the notice of appeal was not timely filed. We informed K.P. that the appeal was subject to dismissal for want of jurisdiction unless she or any party desiring to continue the appeal filed a response on or before October 11, 2010, showing grounds for continuing the appeal. We have not received a response.

The times for filing a notice of appeal are jurisdictional in this court, and absent a timely filed notice of appeal or extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Accordingly, we deny K.P.'s "Motion to Extend Time to File Notice of Appeal" and dismiss K.P.'s appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: December 2, 2010

2